Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HARTFORD FIRE INSURANCE CO.,

    Plaintiff,

v.

3MD, INC. d/b/a DENALI ADVANCED INTEGRATION d/b/a GO MICRO, and MICHAEL LEEPER,

    Defendants.

No. 2:17-cv-01195

ORDER GRANTING STIPULATED MOTION TO CONTINUE INITIAL CASE DEADLINES

Plaintiff Hartford Fire Insurance Co. ("Hartford") and Defendant 3MD, Inc., ("Denali") have jointly requested a continuance of certain deadlines in this case. The Court finds good cause for the request. Accordingly, the dates and deadlines in this case are amended as follows:

| Event | Current Date or Deadline | Requested Date or Deadline |
| --- | --- | --- |
| Deadline for 3MD to file its Answer | September 5, 2017 | September 19, 2017 |
| Deadline for FRCP 26(f) Conference | September 7, 2017 | September 28, 2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | September 14, 2017 | October 5, 2017 |

ORDER GRANTING STIPULATED
MOTION TO CONTINUE INITIAL
CASE DEADLINES - 1

Cause No. 2:17-cv-01195

20191 00001 gi05gj14x6

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | September 21, 2017 | October 12, 2017 |
|---|---|---|

**IT IS SO ORDERED.**

DATED this 6 day of September, 2017.

_[signature]_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED
MOTION TO CONTINUE INITIAL
CASE DEADLINES - 2
Cause No. 2:17-cv-01195
20191 00001 gi05gj14x6

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750