# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HARTFORD FIRE INSURANCE CO._____Plaintiff,_____v._____3MD, INC. d/b/a DENALI ADVANCED INTEGRATION d/b/a GO MICRO, and MICHAEL LEEPER,_____Defendants. | NO. C17-01195 RSM_____ORDER GRANTING HARTFORD FIRE INSURANCE CO.'S MOTION FOR DEFAULT JUDGMENT AND JUDGMENT AGAINST MICHAEL LEEPER |

This matter came before this Court pursuant to plaintiff Hartford Fire Insurance Company's Motion for Default Judgment Against Defendant Michael Leeper with the supporting Declaration of Ryan J. Hesselgesser, and the other filings and authorities submitted in support.

IT IS HEREBY ORDERED that Hartford Fire Insurance Company's Motion for Entry of Default Judgment is GRANTED. Default Judgment is hereby entered against defendant Michael Leeper as follows:

(1) Michael Leeper is not entitled to coverage, including defense or indemnity, under Policy number 52 TE 0263760-16 issued by Hartford Fire Insurance Co. to 3MD, Inc. DBA Denali Advanced Integration, DBA Go Micro, for the claims asserted against Michael Leeper in the Underlying Lawsuit titled *Columbia Sportswear Company v. 3MD INC dba Denali Advanced*

ORDER GRANTING MOTION FOR ORDER OF
DEFAULT JUDGMENT AGAINST MICHAEL
LEEPER AND ENTRY OF JUDGMENT - 1

GORDON & POLSCER, L.L.C.
1000 Second Ave. S
Seattle, WA 98104
(206) 223-4226

*Integration and Michael Leeper, 17-cv-00342-AC* filed in United States District Court for the District of Oregon.

    (2) Any obligation of Hartford Fire Insurance Co. to pay for defense costs of Michael Leeper in the Underlying Lawsuit shall end as of the date this Judgment is entered.

    DATED this 11th day of October 2017

                                    RICARDO S. MARTINEZ
                                    CHIEF UNITED STATES DISTRICT JUDGE

Presented By:
**GORDON & POLSCER, L.L.C.**

By: */S Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA No. 40720
1000 Second Ave. S, Suite 1400
Seattle, WA 98104
(206) 223-4226
Email: rhesselgesser@gordon-polscer.com


**WIGGIN AND DANA, LLP**

By: */S Jonathan M. Freiman*
By: */S Joseph Merschman*
Jonathan M. Freiman (Conn. Juris No. 418928)
Joseph C. Merschman (Conn. Juris No. 420434)
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508
(203) 498-4400
(203) 782-2889 (fax)
Email:jfreiman@wiggin.com
Email:jmerschman@wiggin.com
**Attorneys for Plaintiff Hartford Fire Insurance Company**

ORDER GRANTING MOTION FOR ORDER OF
DEFAULT JUDGMENT AGAINST MICHAEL
LEEPER AND ENTRY OF JUDGMENT - 2

GORDON & POLSCER, L.L.C.
1000 Second Ave. S
Seattle, WA 98104
(206) 223-4226