# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| HARTFORD FIRE INSURANCE CO., | NO. C17-01195 RSM |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO EXTEND DEADLINE TO ANSWER COUNTERCLAIMS |
| 3MD, INC. d/b/a DENALI ADVANCED INTEGRATION d/b/a GO MICRO, and MICHAEL LEEPER, | |
| Defendants. | |

Plaintiff Hartford Fire Insurance Company ("Hartford") has represented that Defendant 3MD, Inc., has stipulated to extension of the deadline to answer its counterclaims filed at Dkt. 22. The Court finds good cause for the request. Accordingly, it is hereby **ORDERED** that Hartford shall file its answer to Defendant 3MD, Inc.'s counterclaims no later than October 17, 2017.

Dated this 11th day of October, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER EXTENDING DEADLINE TO
ANSWER DEFENDANT'S COUNTERCLAIMS
- 1

GORDON & POLSCER, L.L.C.
1000 Second Ave. S
Seattle, WA 98104
(206) 223-4226