# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HARTFORD FIRE INSURANCE CO.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>3MD, INC. d/b/a DENALI ADVANCED INTEGRATION d/b/a GO MICRO, and MICHAEL LEEPER,<br><br>　　　　　Defendants. | NO. 2:17-cv-01195-RSM<br><br>STIPULATION AND ORDER REGARDING THE BRIEFING SCHEDULE FOR PLAINTIFF HARTFORD FIRE INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS |

## STIPULATION

The parties to this litigation hereby stipulate to the following briefing schedule regarding Plaintiff Hartford Insurance Company's Motion for Judgment on the Pleadings:

**Motion filed:**　　　　February 1, 2018

**Response to be filed:**　February 28, 2018

**Reply to be filed:**　　March 9, 2018

STIPULATION AND ORDER REGARDING THE
BRIEFING SCHEDULE FOR PLAINTIFF HARTFORD
FIRE INSURANCE COMPANY'S MOTION FOR
JUDGMENT ON THE PLEADINGS - 1
NO. 2:17-cv-01195-RSM

**GORDON & POLSCER, L.L.C.**
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225
(503) 242-2922

**ORDER**

This matter came before this Court pursuant to stipulation of the parties.

IT IS HEREBY ORDERED that the briefing schedule stipulated to by the parties is GRANTED.

Dated this 5 day of February, 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

GORDON & POLSCER, L.L.C.

By: *s/Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA No. 40720
1000 Second Avenue, Suite 1400
Seattle, WA 98104
P. 206-223-4226
F: 206-223-5459
rhesselgesser@gordon-polscer.com

and

WIGGIN AND DANA, LLP

By: *s/Jonathan M. Freiman*
Jonathan M. Freiman, *pro hac vice*
Joseph C. Merschman, *pro hac vice*
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508

STIPULATION AND ORDER REGARDING THE BRIEFING SCHEDULE FOR PLAINTIFF HARTFORD FIRE INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS - 2
NO. 2:17-cv-01195-RSM

**GORDON & POLSCER, L.L.C.**
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225
(503) 242-2922

| | |
|---|---|
| 1 | (203) 498-4400 |
| | (203) 782-2889 (fax) |
| 2 | jfreiman@wiggin.com |
| | jmerschman@wiggin.com |
| 3 | jgasser@wiggin.com |
| 4 | **Attorneys for Plaintiff Hartford Fire Insurance Company** |
| 5 | PACIFICA LAW GROUP, LLP |
| 6 | |
| 7 | By: *s/Paul Lawrence* |
| |     Paul Lawrence, WSBA #13557 |
| 8 |     Sarah C. Johnson, WSBA #34529 |
| |     Pacifica Law Group, LLP |
| 9 |     1191 Second Ave., Suite 2000 |
| |     Seattle, WA 98101-3404 |
| 10 |     Ph: 206-245-1700 |
| |     paul.lawrence@pacificalawgroup.com |
| 11 |     sarah.johnson@pacificalawgroup.com |
| 12 | **Attorneys for Defendant 3MD, Inc. d/b/a** |
| 13 | **Denali Advanced Integration d/b/a Go Micro** |

STIPULATION AND ORDER REGARDING THE
BRIEFING SCHEDULE FOR PLAINTIFF HARTFORD
FIRE INSURANCE COMPANY'S MOTION FOR
JUDGMENT ON THE PLEADINGS  - 3
NO. 2:17-cv-01195-RSM

**GORDON & POLSCER, L.L.C.**
9755 S.W. Barnes Road, Suite 650
Portland, OR 97225
(503) 242-2922