# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

HARTFORD FIRE INSURANCE CO.

Plaintiff,

v.

3MD, INC. d/b/a DENALI ADVANCED INTEGRATION d/b/a GO MICRO, and MICHAEL LEEPER,

Defendants.

CAUSE NO. 2:17-cv-01195-RSM

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

## STIPULATION

Hartford Fire Insurance Co. and 3MD, Inc. d/b/a Denali Advanced Integration hereby stipulate by and through counsel of record that all claims and counterclaims in this matter shall be dismissed with prejudice and without costs to any party.

//
//
//
//
//

STIPULATION AND ORDER OF DISMISSAL - 1
**CAUSE NO. 2:17-cv-01195-RSM**

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1400
Seattle, WA 98104
(206) 223-4226

Dated this 19th day of June, 2018.

| | |
|---|---|
| GORDON & POLSCER, L.L.C. | PACIFICA LAW GROUP LLP |
| By: *s/Ryan J. Hesselgesser* | By: */s Sarah C. Johnson* |
| Ryan J. Hesselgesser, WSBA No. 40720 | Sarah C. Johnson, WSBA #34529 |
| 1000 Second Avenue, Suite 1400 | 1191 Second Avenue, Suite 2000 |
| Seattle, WA 98104 | Seattle, WA 98101 |
| (206) 223-4226 | (206) 245-1700 |
| rhesselgesser@gordon-polscer.com | sarah.johnson@pacificalawgroup.com |
| *Attorneys for Plaintiff Hartford Fire Insurance Co.* | *Attorneys for Defendant 3MD, Inc. d/b/a Denali Advanced Integration d/b/a Go Micro* |

## ORDER

THIS MATTER having come on for hearing upon the above stipulation for dismissal, and the court having reviewed the files and records herein and being fully advised, now, therefore,

IT IS HEREBY ORDERED, ADUDGED AND DECREED that the Plaintiff's Complaint is hereby dismissed with prejudice and without fees and costs to any party.

DATED this 20th day of June 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL - 2
**CAUSE NO. 2:17-cv-01195-RSM**

GORDON & POLSCER, L.L.C.
1000 Second Avenue, Suite 1400
Seattle, WA 98104
(206) 223-4226