UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARTFORD FIRE INSURANCE CO.<br><br>                Plaintiff,<br><br>   v.<br><br>3MD, INC. d/b/a DENALI ADVANCED INTEGRATION d/b/a GO MICRO, and MICHAEL LEEPER,<br><br>                Defendants. | CAUSE NO. 2:17-cv-01195-RSM<br><br>AMENDED STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

Hartford Fire Insurance Co. and 3MD, Inc. d/b/a Denali Advanced Integration hereby stipulate by and through counsel of record that all claims and counterclaims in this matter shall be dismissed with prejudice and without costs to any party.

Dated this 19th day of June, 2018.

AMENDED STIPULATION AND ORDER OF
DISMISSAL - 1
**CAUSE NO. 2:17-cv-01195-RSM**

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1400
Seattle, WA 98104
(206) 223-4226

| GORDON & POLSCER, L.L.C. | PACIFICA LAW GROUP LLP |
|---|---|
| By: *s/Ryan J. Hesselgesser*<br>Ryan J. Hesselgesser, WSBA No. 40720<br>1000 Second Avenue, Suite 1400<br>Seattle, WA 98104<br>(206) 223-4226<br>rhesselgesser@gordon-polscer.com<br>*Attorneys for Plaintiff Hartford Fire Insurance Co.* | By: */s Sarah C. Johnson*<br>Sarah C. Johnson, WSBA #34529<br>1191 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>(206) 245-1700<br>sarah.johnson@pacificalawgroup.com<br>*Attorneys for Defendant 3MD, Inc. d/b/a Denali Advanced Integration d/b/a Go Micro* |

## ORDER

THIS MATTER having come on for hearing upon the above stipulation for dismissal, and the court having reviewed the files and records herein and being fully advised, now, therefore,

IT IS HEREBY ORDERED, ADUDGED AND DECREED that all claims and counterclaims are hereby dismissed with prejudice and without fees and costs to any party.

DATED this 25th day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

AMENDED STIPULATION AND ORDER OF DISMISSAL - 2
**CAUSE NO. 2:17-cv-01195-RSM**

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1400
Seattle, WA 98104
(206) 223-4226